428 A.2d 1338

**COMMONWEALTH of Pennsylvania**

v.

**Jimmy GOODSON, Appellant.**

Supreme Court of Pennsylvania.

Argued April 29, 1981.
Decided May 11, 1981.

Edmund G. Myers, Reading, for appellant.

George E. Hoffer, Asst. Dist. Atty., Theodore Smith, III, Carlisle, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

Appeal dismissed as having been improvidently granted.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.